CONSOLIDATED PLAN OF NEW JERSEY, INCORPORATED, APPELLANT, v. ADOLF PALKOWITZ ET AL., RESPONDENTS.

Argued October 24, 1930—Decided February 2, 1931.

For the appellant, *Green & Green.*

For the respondent, *Jacob I. Polkowitz.*

Per Curiam.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered in the Supreme Court.

*For affirmance*—The Chief Justice, Trenchard, Campbell, Lloyd, Case, Daly, Donges, Van Buskirk, Kays, Hetfield, Dear, Wells, JJ. 12.

*For reversal*—None.